HARRISON *v.* MAY.

CANDLER, J. This case is controlled by the decision of this court in the case of *Sutton* v. *State*, 120 *Ga.* 865.

*Judgment reversed. All the Justices concur.*

Submitted December 16, 1904.—Decided January 28, 1905.

Certiorari. Before Judge Mitchell. Berrien superior court. June 3, 1904.

*R. A. Hendricks*, for plaintiff in error.